NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-5073

ELWOOD J. LEBLANC, JR. and JANICE L. LEBLANC,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 05-CV-743,
Judge Francis M. Allegra.

ON MOTION

O R D E R

Elwood J. LeBlanc, Jr. and Janice L. LeBlanc move to stay the briefing schedule or in the alternative move for an extension of time, until June 2, 2010, to file their opening brief. The United States opposes the motion to stay but consents to the extension of time.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to stay the briefing schedule is denied. The motion for an extension of time is granted. No further extensions should be anticipated.

FOR THE COURT

MAR 3 1 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Thomas E. Redding, Esq.
Deborah K. Snyder, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 3 1 2010

JAN HORBALY
CLERK